UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>-against-<br><br>ALFREDO RODRIGUEZ,<br><br>                    Defendant. | No. 17-CR-283 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   Sentencing is adjourned to Wednesday, June 29, 2022, at 11:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    May 25, 2022
          New York, New York

                    _____
                    LORETTA A. PRESKA
                    Senior United States District Judge

1